

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-15-00177-CR
## NO. 02-15-00178-CR
## NO. 02-15-00179-CR

JACKIE L. STOKES                                                APPELLANT

V.

THE STATE OF TEXAS                                                   STATE

----------

## FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NOS. 1386069D, 1390633D, 1390634D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jackie L. Stokes pled guilty and judicially confessed to possession of less than one gram of cocaine in two separate cases and to possession of less than one gram of heroin in a third case. Under the terms of the plea-bargain agreements, the trial court found Appellant guilty of the offenses

---

[1]*See* Tex. R. App. P. 47.4.

and sentenced him to nine months' confinement in each case, with the sentences to run concurrently. In each case, the trial court signed a certification stating that the case was a plea-bargain case and that Appellant had "NO right of appeal."

Appellant filed his notices of appeal on May 12, 2015. On June 1, 2015, we informed Appellant of the contents of the certifications and stated that we could dismiss the appeals unless, on or before June 11, 2015, he or any party desiring to continue the appeals filed a response showing grounds for continuing the appeals. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. We have received no response. Accordingly, we dismiss the appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 2, 2015

2